FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLARD DYNAMITE BERNARD PALMER,<br><br>               Plaintiff,<br><br>  v.<br><br>PATRICIA FULTON, WALLA WALLA COUNTY COURTHOUSE, STATE OF WASHINGTON ATTORNEY GENERAL, WASHINGTON STATE ADMINISTRATIVE OFFICE,<br><br>               Defendants. | No. 4:25-CV-05074-MKD<br><br>ORDER DISMISSING CASE |

On June 27, 2025, the Court issued an Order directing Plaintiff to show cause within 14 days as to why the Court should not dismiss this case pursuant to 28 U.S.C. § 1915(e)(2)(B). ECF No. 6 at 3. Plaintiff's filings submitted in response to the Court's Order, *see* ECF Nos. 7-9, do not change the Court's prior assessment that Plaintiff's claims are barred by the doctrine of judicial immunity. *See* ECF No. 6 at 2. Having liberally reviewed Plaintiff's responses to the Court's Order, the Court concludes neither of the two exceptions to judicial immunity

ORDER - 1

apply to Plaintiff's claims: (1) for actions not taken Defendant Fulton's judicial capacity; and (2) for actions, though judicial, taken absent any jurisdiction. *Mireles v. Waco*, 502 U.S. 9, 11-12 (1991). "Plaintiff has not alleged any facts that lower the judicial immunity shield." *Robinson v. Maxwell*, 2008 WL 2143995, at *1 (E.D. Wash. May 20, 2008). The Court thus dismisses Plaintiff's Complaint, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B). Because Plaintiff's Complaint seeks relief against a state court judge who is afforded judicial immunity, any amendment to his Complaint would be futile. *See Aktar v. Mesa*, 698 F.3d 1202, 1212 (9th Cir. 2012). The Court thus denies Plaintiff leave to file an amended Complaint.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. Any pending motions are **DENIED as moot.**

3. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, **enter judgment**, provide a copy to Plaintiff, and **CLOSE** the file.

ORDER - 2

DATED July 17, 2025.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

ORDER - 3